UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHYLAH BERRY, | ) | Case No: 2:10-cv-00955-HDM-GWF |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER OF** |
| FIRST NATIONAL COLLECTION | ) | **DISMISSAL WITH PREJUDICE** |
| BUREAU, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Shylah Berry and Defendant

2  Financial Recovery Services, Inc., through undersigned counsel file this stipulation

3  of dismissal of this case in its entirety, with prejudice.

4  Respectfully submitted by:

5  Date: _____          Date: _31 JAN 2011_

6

7  _____        _____

8  Andrew L. Rempfer              Rex D. Garner
   Cogburn Law Offices            Morris Peterson
9  9555 S. Eastern Ave., Ste 280  300 South Fourth Street, Ste 900
   Las Vegas, Nevada 89123        Las Vegas, Nevada 89101

10

11 Attorney for Plaintiff         Attorney for Defendant

12

13                          **ORDER**

14    IT IS ORDERED that this case is dismissed in its entirety, with prejudice.

15

16  Dated: _February 3, 2011_

17

18                    _____
                      UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28